427 A.2d 247

Commonwealth v. Senft, Appellant.

Argued March 6, 1980.   Allen H. Smith, for appellant;  Floyd P. Jones, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed on the opinion of the court below.

427 A.2d 247

File v. File, Appellant.

Argued March 3, 1980.   Jordan Cunningham, for appellant;  John Krafsig, Jr., for appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.